UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLUE HERON BEACH RESORT
DEVELOPER, LLC,

    Plaintiff,

v.                                                    Case No.  6:13-cv-372-Orl-36TBS

BRANCH BANKING AND TRUST
COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant Branch Banking and Trust Company's and Plaintiff Blue Heron Beach Resort Developer LLC's Joint Motion to Extend Discovery, Dispositive Motion, and Joint Pretrial Deadlines (Doc. 50).  Counsel represent that they have conferred with the attorney for intervenor Scott Randolph, Orange County Tax Collector and he does not oppose the motion.

The motion to extend the discovery deadline from October 7, 2013 to October 23, 2013 to complete the deposition of Plaintiff's corporate representative, Fred Schinz and file discovery motions is GRANTED.

The motion to extend the dispositive motions deadline is DENIED.  In light of the Court's heavy felony trial calender, at least five months are generally required before trial to receive memoranda in opposition to a motion for summary judgment, and to research and resolve the dispositive motion sufficiently in advance of trial. Under the current schedule, the Court has less than five months to complete this task. The Case Management and Scheduling Order states that motions to extend the

dispositive motions deadline are generally denied.  (Doc. 18, p. 4); Local Rule 3.05(c)(2)(E).  The Court will grant an exception only when necessary to prevent manifest injustice which the parties have not shown.

The motion to extend the deadlines for the parties to meet in person and prepare their final pretrial statement are GRANTED.  The parties shall meet in person no later than December 11, 2013 to prepare their joint pretrial statement.  The joint pretrial statement shall be filed no later than December 18, 2013.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on October 7, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel