UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLUE HERON BEACH RESORT
DEVELOPER, LLC,

    Plaintiff,

v.        Case No. 6:13-cv-372-Orl-19TBS

BRANCH BANKING AND TRUST
COMPANY,

    Defendant.
_____/

## ORDER

Pending before the Court is Branch Banking and Trust Company's Motion to Exclude Blue Heron Beach Resort Developer, LLC's Demonstrative Exhibits Disclosed in its November 25, 2014 Disclosures and Strike its Deposition Designations (Doc. 144). The Court does not find the certificate required by Local Rule 3.01(g) in the motion. Accordingly, the motion is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Orlando, Florida, on December 2, 2014.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel